UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | CHAPTER 13 |
| Theresa M. Blake | ) | |
| | ) | |
| SSN# xxx-xx-7543 | ) | CASE NO. 26- |
| Debtor | ) | |

AFFIDAVIT REQUESTING CONFIRMATION

State of Illinois )
) SS
County of Winnebago )

The Debtor, Theresa Blake , in the above captioned case being duly sworn upon oath, depose and states as follows: (Check all applicable statements)

1. __X__ A. Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C.§101 (14A).

**OR**

______B. I have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. §101 (14A)] required by a judicial or administrative order, or by statute.

2. I have filed all Federal and State local tax returns required by law to be filed for all taxable periods ending the 4-year period prior to filing of this bankruptcy, or, if I have not filed a tax return for any of the 4 years, I was not required to file a tax return for those years.

**By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 Plan. The Court may revoke confirmation of the Chapter 13 if the statements relied upon are not accurate.**

FURTHER AFFIANT SAYETH NOT:

X Theresa M Blake
Theresa M. Blake

JEFFRY ALLEN DAHLBERG
OFFICIAL SEAL
Notary Public - State of Illinois
Commission No. 990862
My Commission Expires May 13, 2028

Su[...]fore me this 2nd day of May, 2026